FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 28 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE L. HILL,<br><br>    Plaintiff,<br><br>v.<br><br>C. ROWLEY, et al.,<br><br>    Defendants. | 3:15-cv-00038-RCJ-CLB<br><br>**ORDER SETTING CONTINUED GLOBAL SETTLEMENT CONFERENCE** |

On December 16, 2019, this Court held a global settlement conference related to the above case and 42 other cases filed by Plaintiff Rickie L. Hill since approximately June 2019. See Attachment "A". Prior to the settlement conference, this Court issued an order directing that the Director of the Nevada Department of Corrections ("NDOC") be personally present for the settlement conference. Unfortunately, then-acting Direct of the NDOC Harold Wickham was not present at the settlement conference; rather, Deputy Director of Support Services John Barrowman attended in his place. Although progress was made toward a possible settlement, a settlement was not reached. The Court has considered the outcome of the first settlement conference and finds that a second global settlement conference is appropriate to be set for the above case and all cases identified at Attachment "A." The global settlement conference shall commence on **March 5, 2020 at 9:00 a.m.** before Magistrate Judge Carla Baldwin in Courtroom 1, 400 South Virginia Street, Fourth Floor, Reno, Nevada.

Counsel representing Defendant in the above case shall be present at the settlement conference along with the Director of the NDOC Charles Daniels, any other necessary parties for the NDOC, and any representative(s) from the State of Nevada

who have binding authority to enter into a binding global settlement agreement with respect to **all** cases subject to this order.

In addition, Plaintiff is ordered to be present **in person** for the global settlement conference and the NDOC must make all necessary transportation and travel arrangements necessary to ensure Plaintiff's presence for the global settlement conference.[1]

All individuals and parties ordered to be present for the global settlement conference must be present in the court for the full duration of the settlement conference and must be available for the entire day.

A. **Purpose of Settlement Conference**

The purpose of the global settlement conference is to facilitate settlement of the above case along with all the cases identified in Attachment "A." The global settlement conference will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to the undersigned magistrate judge in confidence will be kept confidential, and will not be disclosed to any other party, or to the trial judge.

At the global settlement conference, the parties shall be prepared to outline the factual and legal highlights of their respective case. The court will then hold separate, confidential caucuses with each party and the party's representative(s).

The requirement for parties' personal appearance is intended to increase the efficiency and effectiveness of the settlement conference, by reducing the time for communication of offers and expanding the ability to explore options for settlement.

B. **Pre-Conference Requirements**

---

[1] If Plaintiff refuses to exit his cell to attend the global settlement conference, the NDOC shall not take extraordinary or unusual measures to extract him from his cell. Rather, representatives from the NDOC shall immediately notify the Court and Defendant's counsel of Plaintiff's refusal in order to allow the Court to determine what actions, if any, shall be taken.

2

Prior to the reconvened global settlement conference, the Court orders the NDOC and its representatives to determine: (1) how many grievances remain outstanding that have been filed by Mr. Hill; and, (2) whether Mr. Hill is eligible to be transferred from Ely State Prison to another NDOC facility and, if so, what facilities is he eligible to transfer to and when such a transfer can be facilitated

**C.     Settlement Conference Statements**

In preparation for the global settlement conference, each party shall submit a confidential settlement conference statement for the Court's in camera review. The settlement conference statement shall be limited to fifteen (5) pages and contain the following:

1. Identify, by name and status, each person who will attend the global settlement conference, in addition to any attorney, who will have decision making authority;

2. Briefly describe the terms upon which the party is honestly willing to settle all cases;

3. If unwilling to settlement cases, describe the terms upon which the party or parties are honestly willing to settlement a portion of the cases, including which cases the party or parties are willing to resolve.

4. The defendants shall advise the court of all outstanding grievances filed by Mr. Hill that are currently pending; and,

5. The defendants shall advise the court whether Mr. Hill is eligible for transfer, and if so, to what facility and when such a transfer can be facilitated.

The settlement conference statements must be sent directly to Judge Baldwin's chambers at 400 S. Virginia Street, Suite 404, Reno, Nevada 89501. **The statements must be received on or before 5:00 p.m. on Thursday, February 27, 2020.**

**THE CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT IS FOR JUDGE BALDWIN ONLY. DO NOT FILE THE CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT WITH THE DISTRICT COURT CLERK'S OFFCE AND DO NOT SEND A COPY TO THE OPPOSING PARTY OR HIS/HER ATTORNEY.**

The purpose of the settlement conference statement is to assist the Court in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your utmost candor in responding to the above-listed questions is required. The confidentiality of each statement will be strictly maintained in my chambers. Following the conference, the settlement conference statements will be destroyed.

**DATED**: January 28, 2020

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

Attachment "A" – List of Cases Filed by Plaintiff

4

# Attachment "A"

Attachment "A"

Attachment "A"

| No. | Plaintiff | Lead Defendant | Case No. | Date Filed | DJ | MJ |
|---|---|---|---|---|---|---|
| 1 | Hill, Rickie | Rowley | 3:15-cv-38 | 1/20/2015 | RCJ | CBC |
| 2 | Hill, Rickie | Sunday | 3:19-cv-306 | 6/6/2019 | MMD | CBC |
| 3 | Hill, Rickie | Reubart | 3:19-cv-329 | 6/17/2019 | MMD | WGC |
| 4 | Hill, Rickie | Boyd | 3:19-cv-352 | 6/24/2019 | MMD | WGC |
| 5 | Hill, Rickie | Chung | 3:19-cv-362 | 6/27/2019 | MMD | CBC |
| 6 | Hill, Rickie | Rowley | 3:19-cv-367 | 7/1/2019 | MMD | WGC |
| 7 | Hill, Rickie | Romero | 3:19-cv-381 | 7/5/2019 | MMD | WGC |
| 8 | Hill, Rickie | Thomas | 3:19-cv-387 | 7/10/2019 | MMD | WGC |
| 9 | Hill, Rickie | Morrison | 3:19-cv-391 | 7/11/2019 | MMD | CBC |
| 10 | Hill, Rickie | Parr | 3:19-cv-392 | 7/11/2019 | MMD | WGC |
| 11 | Hill, Rickie | Rose | 3:19-cv-412 | 7/19/2019 | MMD | CBC |
| 12 | Hill, Rickie | Maldonado | 3:19-cv-415 | 7/22/2019 | MMD | CBC |
| 13 | Hill, Rickie | Castro | 3:19-cv-417 | 7/22/2019 | MMD | CBC |
| 14 | Hill, Rickie | Maldonado | 3:19-cv-433 | 7/29/2019 | MMD | CBC |
| 15 | Hill, Rickie | Rowley | 3:19-cv-434 | 7/29/2019 | MMD | WGC |
| 16 | Hill, Rickie | Wickham | 3:19-cv-443 | 8/1/2019 | MMD | CBC |
| 17 | Hill, Rickie | Rexwinkel | 3:19-cv-446 | 8/1/2019 | MMD | CBC |
| 18 | Hill, Rickie | Wickham | 3:19-cv-444 | 8/1/2019 | MMD | WGC |
| 19 | Hill, Rickie | Boyd | 3:19-cv-445 | 8/1/2019 | MMD | WGC |
| 20 | Hill, Rickie | Travis | 3:19-cv-452 | 8/2/2019 | MMD | CBC |
| 21 | Hill, Rickie | Baker | 3:19-cv-450 | 8/2/2019 | MMD | CBC |
| 22 | Hill, Rickie | Sandoval | 3:19-cv-451 | 8/2/2019 | MMD | WGC |
| 23 | Hill, Rickie | Byrne | 3:19-cv-455 | 8/5/2019 | JAD | CBC |
| 24 | Hill, Rickie | Byrne | 3:19-cv-454 | 8/5/2019 | GMN | CBC |
| 25 | Hill, Rickie | Dugan | 3:19-cv-456 | 8/5/2019 | RFB | WGC |
| 26 | Hill, Rickie | Rowley | 3:19-cv-465 | 8/8/2019 | MMD | CBC |
| 27 | Hill, Rickie | Sharp | 3:19-cv-471 | 8/9/2019 | MMD | CBC |
| 28 | Hill, Rickie | Kerner | 3:19-cv-476 | 8/12/2019 | MMD | CBC |
| 29 | Hill, Rickie | Gittere | 3:19-cv-478 | 8/12/2019 | MMD | CBC |
| 30 | Hill, Rickie | Hinkle | 3:19-cv-482 | 8/12/2019 | MMD | CBC |
| 31 | Hill, Rickie | Rowley | 3:19-cv-477 | 8/12/2019 | RCJ | WGC |
| 32 | Hill, Rickie | Kerner | 3:19-cv-476 | 8/12/2019 | MMD | WGC |
| 33 | Hill, Rickie | Baker | 3:19-cv-495 | 8/15/2019 | MMD | CBC |
| 34 | Hill, Rickie | Baker | 3:19-cv-493 | 8/15/2019 | MMD | CBC |
| 35 | Hill, Rickie | Wickham | 3:19-cv-505 | 8/16/2019 | RCJ | CBC |
| 36 | Hill, Rickie | Wickham | 3:19-cv-502 | 8/16/2019 | MMD | WGC |
| 37 | Hill, Rickie | Wickham | 3:19-cv-512 | 8/19/2019 | RCJ | CBC |
| 38 | Hill, Rickie | Wickham | 3:19-cv-513 | 8/19/2019 | MMD | CBC |
| 39 | Hill, Rickie | Collard | 3:19-cv-515 | 8/19/2019 | RFB | CBC |
| 40 | Hill, Rickie | Wickham | 3:19-cv-514 | 8/19/2019 | GMN | WGC |
| 41 | Hill, Rickie | Arias | 3:19-cv-540 | 8/29/2019 | MMD | WGC |

| 42 | Hill, Rickie | Noriega | 3:19-cv-541 | 8/29/2019 | MMD | WGC |
| 43 | Hill, Rickie | Rowley | 3:19-cv-588 | 9/23/2019 | MMD | CBC |
| 44 | Hill, Rickie | Rowley | 3:19-cv-590 | 9/23/2019 | MMD | WGC |